**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| American Airlines, Inc., a Delaware corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **Civil Action No.: 4:11-cv-00244-Y** |
| Sabre, Inc., a Delaware corporation; Sabre ) | |
| Holdings Corporation, a Delaware corporation ) | |
| and Sabre Travel International Ltd., a foreign ) | |
| corporation, d/b/a Sabre Travel Network; ) | |
| ) | |
| Travelport Limited, a foreign corporation; ) | |
| Travelport, LP, a Delaware limited partnership, ) | |
| d/b/a Travelport; ) | |
| ) | |
| and ) | |
| ) | |
| Orbitz Worldwide, LLC, a Delaware limited ) | |
| liability company, d/b/a Orbitz, ) | |
| ) | |
| Defendants. ) | |

**AMENDED CERTIFICATE OF CONFERENCE TO AMERICAN AIRLINES INC.'S
MOTION FOR LEAVE TO FILE UNDER SEAL [Docket # 52]**

   I certify that on June 1, 2011, I conferred with counsel for Sabre, Inc., Sabre Holdings Corporation and Sabre Travel International Ltd. (Sabre Defendants), Ralph Duggins, and counsel for Travelport Limited and Travelport, LP (Travelport Defendants), Walker Friedman, regarding the relief requested herein and, based on those conferences, believe that the Sabre Defendants and Travelport Defendants agree to the relief requested herein. On June 1, 2011, I also attempted to confer with counsel for Orbitz Worldwide, LLC, John J. Little, by leaving him a voicemail around 12:30 pm explaining the relief requested and asking that he call me back. I did not hear from Mr. Little. On June 8, Mr. Little confirmed that Orbitz Worldwide, LLC agrees to the relief requested herein. Based on these conferences, this Motion is unopposed.

              /s/ Anna Rotman
              Anna Rotman

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system pursuant to the Court's Local Rule 5.1(d) this 8th day of June, 2011.

                                      /s/ Anna Rotman
                                      Anna Rotman