IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:11-CV-244-Y |
| § | |
| TRAVELPORT LIMITED, et al. § | |

<u>ORDER GRANTING LEAVE TO FILE UNDER SEAL</u>

Before the Court are two unopposed motions for leave to file certain documents under seal (docs. 52, 66) filed by plaintiff American Airlines, Inc. ("AA"). After review, the Court GRANTS the motions. Accordingly, AA is GRANTED leave to file under seal the documents accompanying its motions for leave.

**In addition, the parties are hereby GRANTED leave to file any future documents under seal so long as there is no opposition to the relevant documents' being filed under seal, using this order as authority to do so within the electronic-case filing system.** ==All documents filed under seal shall remain under seal until sixty days after the final disposition of this case in accordance with local rule 79.4.==

SIGNED June 9, 2011.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/dc