IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| American Airlines, Inc., a Delaware corporation, ) ) ) Plaintiff, ) ) vs. ) Travelport Limited, et al. ) ) Defendants. ) | Civil Action No.: 4:11-cv-244-Y |

**PLAINTIFF AMERICAN AIRLINES, INC.'S RULE 12(B)(6)
MOTION TO DISMISS TRAVELPORT'S COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff American Airlines, Inc. respectfully moves this Court for an order dismissing Defendants Travelport Limited and Travelport, LP's (collectively "Travelport") Counterclaims [Doc. #172]. The grounds for this motion to dismiss are as follows:

1. Travelport has filed Counterclaims against American alleging violations of the Sherman Act, 15 U.S.C. § 2.

2. Dismissal of Travelport's antitrust claims is warranted because, *inter alia*, (1) Travelport lacks antitrust standing to bring the Counterclaims, and (2) the Counterclaims fail to state facts sufficient to establish exclusionary conduct by American.

3. Accordingly, American asks that Travelport's Counterclaims be dismissed with prejudice in their entirety.

US_ACTIVE:\43931827\01\14013.0135

4. This Motion is based upon the accompanying Memorandum in Support of American's Rule 12(b)(6) Motion to Dismiss Travelport's Counterclaims, which has been filed under seal.[1]

DATED: February 21, 2012

    Respectfully submitted,

    s/ Yolanda C. Garcia
    Yolanda C. Garcia

    R. Paul Yetter
    State Bar No. 22154200
    pyetter@yettercoleman.com
    Anna Rotman
    State Bar No. 24046761
    arotman@yettercoleman.com
    YETTER COLEMAN LLP
    909 Fannin, Suite 3600
    Houston, Texas 77010
    713.632.8000
    713.632.8002 (fax)

    Yolanda Cornejo Garcia
    State Bar No. 24012457
    yolanda.garcia@weil.com
    Michelle Hartmann
    State Bar No. 24032401
    michelle.hartmann@weil.com
    WEIL, GOTSHAL & MANGES LLP
    200 Crescent Court, Suite 300
    Dallas, Texas 75201-6950
    214.746.7700
    214.746.7777 (fax)

---

[1] Pursuant to this Court's order of June 9, 2011 [Doc. #69], American certifies that after consultation with counsel of record, all parties are unopposed to American's Memorandum in Support of its Rule 12(b)(6) Motion to Dismiss Travelport's Counterclaims being filed under seal.

                    Bill F. Bogle
                    State Bar No. 02561000
                    bbogle@hfblaw.com
                    Roland K. Johnson
                    State Bar No. 00000084
                    rolandjohnson@hfblaw.com
                    HARRIS, FINLEY & BOGLE, P.C.
                    777 Main Street, Suite 3600
                    Fort Worth, Texas 76102
                    817.870.8700
                    817.332.6121 (fax)

                    *Attorneys for Plaintiff American Airlines, Inc.*

*Of Counsel to Plaintiff:*

Richard A. Rothman
Richard.rothman@weil.com
James W. Quinn
james.quinn@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
212.310.8426
212.310.8285 (fax)

M.J. Moltenbrey
mmoltenbrey@dl.com
DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W.
Washington, D.C. 20005
202.346.8738
202.346.8102 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system pursuant to the Court's Local Rule 5.1(d) this 21st day of February 2012.

                    s/ Robert S. Velevis
                    Robert S. Velevis

**PLAINTIFF AMERICAN AIRLINES, INC.'S RULE 12(B)(6)**
**MOTION TO DISMISS TRAVELPORT'S COUNTERCLAIMS**      **Page** 3
US_ACTIVE:\43931827\01\14013.0135