# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SABRE, INC., a Delaware corporation; SABRE HOLDINGS CORPORATION, a Delaware corporation and SABRE TRAVEL INTERNATIONAL LTD., a foreign corporation, d/b/a SABRE TRAVEL NETWORK; <br><br> TRAVELPORT LIMITED, a foreign corporation, and TRAVELPORT, LP, a Delaware limited partnership, d/b/a TRAVELPORT; <br><br> and <br><br> ORBITZ WORLDWIDE, LLC, a Delaware limited liability company, d/b/a ORBITZ, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § <br><br> **Civil Action No. 4:11-cv-00244-Y** |

**DEFENDANT ORBITZ WORLDWIDE, LLC'S RESPONSE TO AMERICAN AIRLINES, INC.'S SUPPLEMENT TO SECOND AMENDED COMPLAINT**

Consistent with the Court's direction in its Order Granting in Part and Denying in Part Motion for Reconsideration (Dkt. 244), plaintiff American Airlines, Inc.'s ("American") Supplement to Second Amended Complaint (Dkt. 265) does not add any new allegations or claims against defendant Orbitz Worldwide, LLC ("Orbitz").

Accordingly, Orbitz's Motion to Dismiss American's Second Amended Complaint (Dkt. 165) remains fully briefed.

DATED:   April 5, 2012                            Respectfully submitted,

s/ Christopher S. Yates
Christopher S. Yates (admitted *Pro Hac Vice*)
California State Bar No. 161273
Email:  Chris.Yates@lw.com

Daniel M. Wall (admitted *Pro Hac Vice*)
California State Bar No. 102580
Email:  Dan.Wall@lw.com

Brendan A. McShane (admitted *Pro Hac Vice*)
California State Bar No. 227501
Email:  Brendan.McShane@lw.com

**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

and

John J. Little
Texas State Bar No. 12424230
Email:  jlittle@lpf-law.com

**LITTLE PEDERSEN FANKHAUSER LLP**
901 Main Street, Suite 4110
Dallas, TX  75202-3714
Telephone:  (214) 573-2300
Facsimile:  (214) 573-2323

**ATTORNEYS FOR DEFENDANT ORBITZ WORLDWIDE, LLC**

1

Orbitz's Response to AA's Supplement
to its Second Amended Complaint
Case No. 4:11-cv-00244-Y

2

On April 5, 2012, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, Fort Worth Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                s/ Christopher S. Yates
                Christopher S. Yates

2

Orbitz's Response to AA's Supplement
to its Second Amended Complaint
Case No. 4:11-cv-00244-Y