UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER

**O R I G I N A L**

| | |
|---|---|
| Type of hearing: | Motion Hearing - **EVIDENTIARY** |
| Case number: | 4:11-CV-244-Y |
| Court Reporter: | Ana Warren |
| Plaintiff: | American Airlines Inc |
| Defendant: | Orbitz Worldwide LLC |
| Plaintiff attorney: | R. Paul Yetter |
| Defendant attorney: | Christopher S. Yates |
| Time in Court: | **1 HOUR** |
| Judge: | Terry R. Means |
| Date of hearing: | February 12, 2013 |
| Status of Hearing: | Hearing concluded
Written order to follow. |
| Law Clerk: | Cheryl Raper |

Hearing held regarding Orbitz's Motion to Enforce Settlement Agreement (doc. 429); arguments of counsel heard; evidence attached to motion and related briefs deemed admitted. Order to follow . . . .