IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| AMERICAN AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:11-cv-00244-Y |
| vs. | ) | (ODD DOCKET LAW CLERK) |
| | ) | |
| TRAVELPORT LIMITED, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff American Airlines, Inc. ("American"), and Defendants Travelport Limited, Travelport, LP, and Orbitz Worldwide, LLC (collectively "Defendants," and together with American "the Parties"), through their undersigned counsel, jointly move for an extension of certain case deadlines.

In particular, the Parties request that certain deadlines set in the Court's Order Granting Unopposed Motion to Stay Party Discovery and Extend Current Deadlines and Request for Expedited Treatment [Doc. 420] be modified as follows:

a)   Fact discovery shall be completed by Wednesday, **March 27, 2013**.

b)   Defendants' expert reports shall be due Tuesday, **April 9, 2013**.

c)   Plaintiff's rebuttal expert disclosures shall be due Tuesday, **April 30, 2013**.

d)   Expert depositions shall be completed by Friday, **May 17, 2013**.

e)   All pretrial and dispositive motions, except motions *in limine*, shall be due Friday, **May 31, 2013**.

The requested extension is necessary because of recent developments in the case. For example, certain depositions of key witnesses have not been able to be scheduled until March.

Further, as the Court is aware, Orbitz shut down work by its experts during the various litigation stays (Dkts. 407, 420, 431 and 445).

For the foregoing reasons, the parties jointly request the extension described above to accommodate these recent developments.  A proposed form of order is attached.


Dated:  February 20, 2013                          Respectfully submitted,


 /s/ Yolanda C. Garcia                                 /s/ Michael L. Weiner
Yolanda C. Garcia                                  Michael L. Weiner
State Bar No. 24012457                             michael.weiner@dechert.com
Michelle Hartmann                                  **DECHERT LLP**
State Bar No. 24032401                             1095 Avenue of the Americas
**WEIL, GOTSHAL & MANGES LLP**                     New York, New York 10036-6797
200 Crescent Court, Suite 300                      212.698.3608
Dallas, Texas 75201-6950                           212.698.3599 (Fax)
214.746.7700
214.746.7777                                       Mike Cowie
                                                   mike.cowie@dechert.com
R. Paul Yetter                                     Craig G. Falls
State Bar No. 22154200                             craig.falls@dechert.com
Anna Rotman                                        **DECHERT LLP**
State Bar No. 24046761                             1775 I Street, NW
**YETTER COLEMAN LLP**                             Washington, D.C. 20006-2401
909 Fannin, Suite 3600                             202.261.3300
Houston, Texas 77010                               202.261.3333 (Fax)
713.632.8000
713.632.8002 (fax)                                 Carolyn H. Feeney
                                                   carolyn.feeney@dechert.com
Bill Bogle                                         Justin N. Pentz
State Bar No. 025661000                            justin.pentz@dechert.com
Roland K. Johnson                                  **DECHERT LLP**
State Bar No. 00000084                             2929 Arch Street
**HARRIS, FINLEY & BOGLE, P.C.**                   Philadelphia, PA 19104
777 Main Street, Suite 3600                        215.994.4000
Fort Worth, Texas 76102                            215.994.2222 (Fax)
817.870.8700
817.332.6121 (fax)

Of Counsel:
**PAUL HASTINGS LLP**
M.J. Moltenbrey
875 15th Street, N.W.
Washington, DC 20005
202.551.1700
202.551.1705 (Fax)

**WEIL, GOTSHAL & MANGES LLP**
Richard A. Rothman
James W. Quinn
767 Fifth Avenue
New York, New York 10153
212.310.8426
212.310.8285 (fax)

*Attorneys for Plaintiff American Airlines, Inc.*


  /s/ Christopher S. Yates
Christopher S. Yates (admitted Pro Hac Vice)
California State Bar No. 161273
Email: Chris.Yates@lw.com
Daniel M. Wall (admitted Pro Hac Vice)
California State Bar No. 102580
Email: Dan.Wall@lw.com
Brendan A. McShane
California State Bar No. 227501
Email: Brendan.McShane@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

John J. Little
Texas State Bar No. 12424230
Email: jlittle@jpf-law.com
**LITTLE PEDERSEN FANKHAUSER LLP**
901 Main Street, Suite 4110
Dallas, TX 75202-3714
Telephone: (214) 573-2300
Facsimile: (214) 573-2323

*Attorneys for Defendant*
*Orbitz Worldwide, LLC*

Faith E. Gay
faithgay@quinnemanuel.com
Steig D. Olson
steigolson@quinnemanuel.com
**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
212.849.7000
212.849.7100 (Fax)

Walker C. Friedman
State Bar No. 07472500
wcf@fsclaw.com
Christian D. Tucker
State Bar No. 00795690
tucker@fsclaw.com
**FRIEDMAN, SUDER & COOKE, P.C.**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
817.334.0400
817.334.0401 (Fax)

John T. Schriver
JTSchriver@duanemorris.com
Paul E. Chronis
pechronis@duanemorris.com
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
312.499.6700
312.499.6701 (Fax)

*Attorneys for Defendants*
*Travelport Limited and Travelport, LP*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of February, 2013, I electronically filed the

foregoing document with the clerk of the court for the U.S. District Court, Northern District of

Texas, Fort Worth Division, using the electronic case filing system of the court.  The electronic

case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have

consented in writing to accept this Notice as service of this document by electronic means.


  /s/ Justin N. Pentz
Justin N. Pentz