IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC. | § | |
| | § | |
| VS. | § | ACTION NO. 4:11-CV-244-Y |
| | § | (ODD-DOCKET LAW CLERK) |
| TRAVELPORT LIMITED, ET AL. | § | |

## ORDER GRANTING MOTION TO EXTEND

Pending before the Court is the Unopposed Motion to Extend Plaintiff's Time to Respond to Defendants' Motion for Reconsideration and Leave to File an Additional Counterclaim (doc. 453). After review of the motion, the Court concludes that it should be and hereby is GRANTED, in that Plaintiff shall have until **March 8, 2013,** to file a response to the Motion for Reconsideration and Leave to File an Additional Counterclaim (doc. 433) filed by defendants Travelport Limited and Travelport LP.

SIGNED February 27, 2013.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE