IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:11-CV-244-Y |
| | § | |
| TRAVELPORT LIMITED, et al. | § | |

### FINAL JUDGMENT

In accordance with the Court's order entered this same day, its May 13, 2013 order of dismissal (doc. 480), and Federal Rule of Civil Procedure 58, all remaining claims in the above-styled and -numbered cause between plaintiff American Airlines, Inc., and defendants Orbitz Worldwide, LLC; Travelport Limited; and Travelport, LP, are DISMISSED WITH PREJUDICE. All parties shall bear their own costs.

SIGNED August 16, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE